In the Matter of the Accounting of Ann Wiley et al., as
    Executors of George Wiley, Deceased, Respondents.
Eliza E. Roxbury, as Administratrix of the Estate of
    Charles W. Roxbury, Deceased, et al., Appellants; Ann
    Wiley et al., Respondents.

(Submitted May 21, 1907; decided May 28, 1907.)

Motion for re-argument denied, with ten dollars costs.
Motion to amend remittitur denied, without costs.    (See
188 N. Y. 579.)

---

The People of the State of New York ex rel. George
· R. Adams, Appellant, *v.* Jacob F. Stoll et al., as Assessors
of the Town of Rosendale, Respondents.

(Submitted May 21, 1907; decided May 28, 1907.)

Motion for re-argument denied, with ten dollars costs. ' (See
188 N. Y. 586.)